ACCEPTED
03-15-00340-CV
6965978
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/18/2015 3:27:08 PM
JEFFREY D. KYLE
CLERK

03

CAUSE NO. ~~01~~-15-00340-CV

IN THE COURT OF APPEALS
FOR THE
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/18/2015 3:27:08 PM
JEFFREY D. KYLE
Clerk

CHRISTOPHER JAROSZEWICZ, APPELLANT

VS.

TEXAS DEPARTMENT OF PUBLIC SAFETY, APPELLEE

ON APPEAL FROM THE COUNTY COURT AT LAW NO. TWO
TRAVIS COUNTY, TEXAS
TRIAL COURT NO. C-1-CV-15-001468

SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

KEVIN FINE
State Bar No. 00790682
P.O. Box 312
Boerne, Texas 78006
512-593-1383/Hill Country (ofc)
713-299-1923/Houston (cell)
888-803-8721
kfine@kevinfinelaw.com

ATTORNEY FOR APPELLANT

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Christopher Jaroszcewicz, Appellant in the above-styled and numbered cause and, pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), files this Second Motion to Extend Time to File Appellant's Brief, and with respect thereto, would show the Court the following:

Appellant's Brief is currently due on September 16, 2015.

Counsel for Appellant requests a 30 day extension of time to file Appellant's Brief making the brief due on September 16, 2015. This is Appellant's second request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension.

Counsel has not received a copy of the Clerk's file in this cause. Additionally, counsel was hired on a federal case, within the last three weeks, which originated out of the Western District of Illinois, and was then transferred to the Western District of Texas. There have been two detention hearings in that case, one in Chicago and the other in San Antonio. Counsel for Appellant seeks this extension of time to be able to properly and thoroughly prepare Appellant's Brief. This request is not sought for delay, but so that justice may be done.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays the Court grant this motion.

RESPECTFULLY SUBMITTED,

___/s/ Kevin Fine_____
KEVIN FINE
State Bar No. 00790682
P.O. Box 312
Boerne, Texas 78006
512-593-1383/Hill Country (ofc)
713-299-1923/Houston (cell)
888-803-8721
kfine@kevinfinelaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above motion was provided to the Travis County Attorney's Office via efiling on this the 16th day of September, 2015.

___/s/ Kevin Fine_____
KEVIN FINE

## CERTIFICATE OF CONFERENCE

I hereby certify that I made efforts to contact, but was unable to connect with opposing counsel, Mr. Kevin Givens, in order to confer with him concerning whether he has any objections to this motion.

SIGNED this the 18th day of August, 2015.

___/s/ Kevin Fine_____
KEVIN FINE

2